05-MJ-00377-STIP

Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARLIS BERNARD GENTRY,

    Defendant.

NO. 05-00377JPD

STIPULATION AND (PROPOSED) ORDER MODIFYING CONDITIONS OF APPEARANCE BOND

**I. STIPULATION**

IT IS HEREBY STIPULATED by Cassandra L. Stamm, attorney for Harlis Gentry, and Jill Otake, Assistant United States Attorney, that defendant Harlis Gentry may have, subject to the approval of the Court, his conditions of pretrial release modified as set forth below.

**II. ORDER**

THIS MATTER came before the above-entitled Court on the defendant's Motion to Modify Conditions of Appearance Bond and the above stipulation of the parties. This Court has now considered said matters along with the Memorandum and Declaration of Counsel filed by defendant in support thereof. NOW THEREFORE, the Court does hereby MODIFY the Appearance Bond dated July 28, 2005, as follows:

MOTION, MEMORANDUM, AND DECLARATION
OF COUNSEL TO MODIFY CONDITIONS OF
APPEARANCE BOND
(Gentry, No. C05-0377JPD)

Horwitz & Stamm, PLLC
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586

Harlis Gentry shall be permitted to travel to Nevada during the period from September 10-24, 2005, as directed by Pretrial Services and so long as he remains in compliance with his other conditions. All other conditions of release in the Appearance Bond dated July 28, 2005, shall remain in full force and effect.

DONE this 30th day of August, 2005.

*James P. Donohue*
HONORABLE JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Cassandra Stamm at Seattle, WA
Cassandra Stamm
Attorney for defendant Alexander
Horwitz & Stamm, PLLC
119 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: (206) 264-8586
Fax: (206) 682-3002
casey@seattlecriminalattorney.com

Received, approved for filing:

s/ Jill Otake at Seattle, WA
Jill Otake
Assistant United States Attorney
700 Stewart Street, suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0755
jill.otake@usdoj.gov